WILLIAM WHITE, Appellant, v. ALFRED D. GODDARD. Respondent.

Argued June 12, 1876; decided June 20, 1876.)

*Albert Roberts* for the appellant.

*Wm. C. Dewitt* for the respondent.

Agree to affirm.   No opinion.

All concur.

Judgment affirmed.